NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BOSTON EDISON COMPANY,**
*Plaintiff-Appellee,*

**and**

**ENTERGY NUCLEAR GENERATION COMPANY,**
*Plaintiff-Cross Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellant.*

---

2010-5136, -5137

---

Appeals from the United States Court of Federal Claims in consolidated case nos. 99-CV-447 and 03-CV-2626, Judge Charles F. Lettow.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Boston Edison Company's motion to withdraw its opening brief and file a new opening brief,

IT IS ORDERED THAT:

(1) The motion to withdraw is granted.

(2) Boston Edison Company's new opening brief is due by December 10, 2010.

FOR THE COURT

**NOV 2 3 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Richard James Conway, Esq.
Michael B. Wallace, Esq.
Alan J. Lo Re, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**NOV 2 3 2010**

**JAN HORBALY**
**CLERK**